| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Eric Bensamochan, Esq. SBN255482  <br>The Bensamochan Law Firm, Inc.  <br>9025 Wilshire Blvd., Suite 215  <br>Beverly Hills, CA 90211  <br>Tel: (818) 574-5740  <br>Fax: (818) 961-0138  <br>Email: eric@eblawfirm.us | |
| ATTORNEY(S) FOR: Kiwijet, LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KIWIJET, LLC a Delaware Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>MENA TECHNICS CO W.L.L, an entity of unknown provenance<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Kiwijet, LLC_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kiwijet, LLC | Plaintiff, principal to contract at issue |
| MENA TECHNICS CO W.L.L, an entity of unknown provenance | Defendant, principal to contract at issue |

| | |
|---|---|
| 11/2/2021 | /s/Eric Bensamochan |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Kiwijet, LLC

CV-30 (05/13)                                  **NOTICE OF INTERESTED PARTIES**