# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIWIJET, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MENA TECHNICS CO. W.L.L., <br><br> Defendants. | Case No. CV 21-08630-SK <br><br> **JUDGMENT** |

It is the judgment of this Court that this entire action—including all of Plaintiff's claims and Defendant's counterclaims—is dismissed without prejudice.

DATED: January 4, 2023

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE